# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2014

149685-6 & (60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL HESTER,
      Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellant.

_____/

SC: 149685-6
COA: 314572; 315553
Wayne CC: 11-010663-CD

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2014

